People ex rel. Burke v Franchi (2023 NY Slip Op 04836)

People ex rel. Burke v Franchi

2023 NY Slip Op 04836

Decided on September 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
JOSEPH J. MALTESE
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2023-08672

[*1]The People of the State of New York, ex rel. Kyleen Burke, on behalf of Geobanny Dominguez, petitioner,
v
Michael Franchi, etc., respondent.

Laurette D. Mulry, Riverhead, NY (Kyleen Burke pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Jonathan Estreich of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Geobanny Dominguez upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 72217/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, J.P., MALTESE, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court